IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SUSANNA SCHMIDT | CASE NO. 09-38201-H5-13 |

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS CENTURION/OPTIMA** % BECKET & LEE LLP P O BOX 3001 DEPT V MALVERN, PA  19355-0701 | 7,024.73 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1008<br>COMM: |

PAGE  1 - CHAPTER 13 CASE NO.  09-38201-H5-13

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS CENTURION/OPTIMA**<br>% BECKET & LEE LLP<br>P O BOX 3001 DEPT V<br>MALVERN, PA  19355-0701 | 65.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1000<br>COMM: |
| AMERICAN EXPRESS CENTURION/OPTIMA**<br>% BECKET & LEE LLP<br>P O BOX 3001 DEPT V<br>MALVERN, PA  19355-0701 | 962.90 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1009<br>COMM: |
| AMERICAN EXPRESS TRS ***<br>% BECKET & LEE LLP<br>P O BOX 3001 DEPT U<br>MALVERN, PA  19355-0701 | 5,233.14 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1001<br>COMM: |
| AMERICAN EXPRESS TRS ***<br>% BECKET & LEE LLP<br>P O BOX 3001 DEPT U<br>MALVERN, PA  19355-0701 | 1,602.51 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1003<br>COMM: |
| AMERICAN EXPRESS<br>P O BOX 650448<br>DALLAS, TX  75265-0448 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1001<br>COMM: |
| BANK OF AMERICA<br>P O BOX 65070<br>DALLAS, TX  75265 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 8167<br>COMM:  MTG |
| BENEFICIAL<br>P O BOX 4153<br>CAROL STEAM, IL  60197-4153 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1762<br>COMM: |
| BENEFICIAL<br>P O BOX 60101<br>CITY OF INDUSTRY, CA  91716-0101 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1762<br>COMM: |
| CAPITAL ONE<br>P O BOX 34631<br>SEATTLE, WA  98124-1631 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1548<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE<br>P O BOX 6000<br>SEATTLE, WA  98180 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9131<br>COMM: |
| FIRST CONSUMER NATIONAL BANK<br>P O BOX 5280<br>PORTLAND, OR  97208 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 8111<br>COMM: |
| GLOBAL ACCEPTANCE CREDIT CORP<br>P O BOX 172800<br>ARLINGTON, TX  76003-2800 | 4,203.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 97-1<br>COMM:  CAPITAL ONE BANK |
| HUDSON & KEYSE INC<br>382 BLACKBROOK RD<br>PAINESVILLE, OH  44077 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| HUDSON & KEYSE INC<br>P O BOX 1090<br>MENTOR, OH  44061-1090 | 28,085.96 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7661<br>COMM: |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 961.64 | PRIORITY CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7036<br>COMM: |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 234.94 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7036<br>COMM: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | 1,167.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7848<br>COMM:  NORTH STAR CAPITAL/WELLS FARGO |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | 6,341.42 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6261<br>COMM:  CAPITAL ONE BANK |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| KLIEN ISD<br>C/O TERRY WISEMAN<br>1325 NORTH LOOP WEST STE 600<br>HOUSTON, TX  77008 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM:  $0 |
| LITTON LOAN SERVICE<br>4828 LOOP CENTRAL DR<br>HOUSTON, TX  77081 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #:<br>COMM:  Rent Home |
| LOTHAR HOFBAUER<br>C/O JOHN C. GRECO, JR ESQ<br>2000 BERING STE 909<br>HOUSTON, TX  77057 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| MASTRANGELO, S JOHN<br>ATTORNEY AT LAW<br>11811 I-45 NORTH #500<br>HOUSTON, TX  77060 | 0.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM:  NO FEE APP FILED |
| NCO PORTFOLIO MANAGEMENT<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | 4,320.62 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4212<br>COMM:  Capital One |
| NORTHLAND GROUP INC<br>P O BOX 390846<br>EDINA, MN  55439 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 6663<br>COMM: |
| PROVIDIAN NATIONAL BANK<br>P O BOX 9539<br>MANCHESTER, NH  03108-9539 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9918<br>COMM: |
| PROVIDIAN<br>P O BOX 660487<br>DALLAS, TX  75266-0487 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| PROVIDIAN<br>P O BOX 9539<br>MANCHESTER, NH  03108 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 3025<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PROVIDIAN<br>P O BOX 9539<br>MANCHESTER, NH  03108 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 3025<br>COMM: |
| SEARS CARD<br>P O BOX 182149<br>COLUMBUS, OH  43218-2149 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 7974<br>COMM: |
| WELLS FARGO<br>P O BOX 98791<br>LAS VEGAS, NV  98193-8791 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 0642<br>COMM: |
| WILSHIRE CREDIT CORPORATION<br>P O BOX 5170<br>SIMI VALLEY, CA  93052-5170 | 0.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #:<br>COMM:  Rent Home - 2nd Lien |
| TOTAL: | $60,202.86 | |

**THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.**

Dated: 4/15/2011

RESPECTFULLY SUBMITTED,
/s/  William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 04/15/2011. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


/s/ William E. Heitkamp
William E. Heitkamp, Trustee